Exhibit A to the Complaint

**Location:** Tampa, FL  
**Total Works Infringed:** 36  
**IP Address:** 47.196.181.196  
**ISP:** Frontier Communications

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 809B162C22ABD37CD07C346DAA103D0C42B20F6E<br>File Hash:<br>0D4CB5EDAEC9B40F128E11CB047013FC8D3770060726FE0BD6D2723141B74580 | 10-25-2022<br>20:47:51 | Blacked | 10-22-2022 | 10-31-2022 | PA0002377820 |
| 2 | Info Hash: 15A55EBB3FD06FE9F9067812A0D0168440813B70<br>File Hash:<br>4AAF11148C0E2CDFA98BABEEC2740D453CACED2CE62079EAE8D18A0C5E2E4BD7 | 10-25-2022<br>20:12:02 | Blacked Raw | 10-21-2022 | 10-31-2022 | PA0002377818 |
| 3 | Info Hash: 3F358B52530413E4934D5BF69DA9512FD4A490DA<br>File Hash:<br>B19A72ADAA0E7982B35120A6CDA7DEB88120B00BD1AC2D9A3C6632AF8F5C73BA | 10-20-2022<br>20:53:17 | Slayed | 04-12-2022 | 06-09-2022 | PA0002361951 |
| 4 | Info Hash: 8FF68BF286B745BBD7C5A16C3C2FF22F609821A6<br>File Hash:<br>91E772999E32C2DAC35ED31677B9E82471C4DD0A655A91815690EBDDC2FEE17A | 10-20-2022<br>20:34:25 | Blacked Raw | 10-16-2022 | 11-01-2022 | PA0002378071 |
| 5 | Info Hash: 60B0535FB1D1567D7C4C8EE971196159ADD9AD65<br>File Hash:<br>EF9D28A719E76F04E234A54939A503946003F11D244B2073311D5F411C6F2168 | 10-20-2022<br>04:42:31 | Slayed | 05-03-2022 | 06-09-2022 | PA0002361668 |
| 6 | Info Hash: 11317BD69D7E2FE51E3BDDC1C53B65643242CB9C<br>File Hash:<br>F63C87FC2DE9AF3AE5B0803EA75F2ECD3EE51ACC21B0A12F11F155DB8E891C77 | 10-20-2022<br>03:15:56 | Blacked Raw | 09-28-2020 | 10-22-2020 | PA0002261800 |
| 7 | Info Hash: 1F3C71A8C75CE5A96C4CDFC55B75C9DBFE80BA96<br>File Hash:<br>52865408104AC768530DEA3C59663B162044009E55011D199911AD3138B2005F | 10-20-2022<br>02:54:14 | Vixen | 10-26-2018 | 12-10-2018 | PA0002145824 |
| 8 | Info Hash: E9DB8BE26B56BFF69AC9279777644AE132988A8F<br>File Hash:<br>F83F1606590AC7256D37203AA4280E8892E6D55FE39E51AEFFF1693785E7D656 | 10-20-2022<br>02:53:28 | Blacked | 11-25-2019 | 12-09-2019 | PA0002216262 |
| 9 | Info Hash: A5666F4387EA230860DCF165EE699E79CC86445C<br>File Hash:<br>F8E19A55EC11C47B8F3144AC4F2EA1C8E8B0EE5C5CEA7BC3AA8AD264D83615FD | 10-18-2022<br>03:24:12 | Blacked | 10-15-2022 | 11-01-2022 | PA0002378073 |
| 10 | Info Hash: FCD69599AE3533B5F148CE148326F563572103F9<br>File Hash:<br>57C3F2930505CE912134A089067DC2080E9F681ED7F640743433FD7DB6E58586 | 10-15-2022<br>11:59:56 | Vixen | 06-04-2021 | 06-24-2021 | PA0002303620 |
| 11 | Info Hash: 594B1EC594576B1294B0757C21ADF7A928EB5F09<br>File Hash:<br>06257E6840E83AEEC08AEF690243152B3A076D274C00D69F63C7D37CEF2D5963 | 10-15-2022<br>06:36:50 | Blacked Raw | 11-08-2021 | 01-07-2022 | PA0002337933 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 540D644F7CF4DC47791772863E6BA03A72606F6D<br>File Hash: F978C6F42E86569866612143F5CEA150485BFF0DB9B90999F20D4408700E2B1D | 10-15-2022 05:54:41 | Blacked | 02-12-2022 | 02-14-2022 | PA0002335505 |
| 13 | Info Hash: 9B28A88C9D906C8A1FD82FC58C904B89B49D649C<br>File Hash: 4DDA8B4A98861A4DD3A9B837DA32A4D83498464044009B50949A977415C52D7E | 10-13-2022 19:29:57 | Blacked Raw | 06-27-2022 | 07-22-2022 | PA0002359465 |
| 14 | Info Hash: 201FD038EE0F30ABE7B32816FC1B5CD2C4EEC201<br>File Hash: E5298FB660C4D1BF823F11791D6160D06DBD46B4A63BC5FDE7AA6FC092B3EA2F | 10-13-2022 17:54:03 | Slayed | 02-08-2022 | 03-04-2022 | PA0002345794 |
| 15 | Info Hash: 9CD7CFD962DE7804CF2507733B747EEB28B25D1E<br>File Hash: CC3818D230E86A51A6697869E4F66F58703FCE9CA81ECB5782A8A652486993F1 | 10-13-2022 17:52:11 | Blacked Raw | 06-07-2021 | 06-15-2021 | PA0002296926 |
| 16 | Info Hash: 7491FD90952DDAA709B41496BD827FD16FAD5A96<br>File Hash: 769A5E0AD3480A5BFB9007C4D25FAD0C65BE618C95E6900009E0B3A1B8A275D1 | 10-10-2022 06:15:42 | Blacked | 10-08-2022 | 11-01-2022 | PA0002378074 |
| 17 | Info Hash: 216F45A59927B41DC23BEAF802AF3AC7E990BFF6<br>File Hash: 0225B45018AC75C00DD17C4293E6D0E5FC7E2566523D7538FFBAD0EFE1E4CC62 | 10-10-2022 06:09:40 | Blacked | 08-06-2022 | 08-29-2022 | PA0002367714 |
| 18 | Info Hash: AB4C8F6782155F94F25421BD73C0C84DEA95167E<br>File Hash: FBCF6D53950FFB226F67470C3E92459585DB885A2D206CB1EC3152258DDD7DE9 | 10-10-2022 06:09:40 | Blacked Raw | 09-06-2022 | 10-05-2022 | PA0002373770 |
| 19 | Info Hash: CF344B3042DCAD24E21B955C9206EB79216612B1<br>File Hash: 3A0EEF200C8434AE7CFEF3AFD8948F4098A564D26947A116BB874717C5F636F9 | 10-08-2022 00:31:06 | Blacked Raw | 10-01-2022 | 10-31-2022 | PA0002377811 |
| 20 | Info Hash: 3B58AC3058126891063C5D48C204B93ADF743C16<br>File Hash: 676A3A32AC112D7A024182630D5EF9ABF24D77685371AB211CBF74D8DCB0F89B | 10-02-2022 04:42:47 | Blacked | 10-01-2022 | 10-31-2022 | PA0002377817 |
| 21 | Info Hash: 24550021ABCBE71DCF048521BFA63F64964F7CDB<br>File Hash: 0881083D537D67B17DE4B9412D7A30A1D9B4453D47ACD18EB069BA82D1992253 | 10-01-2022 21:04:03 | Blacked | 09-24-2022 | 10-05-2022 | PA0002373769 |
| 22 | Info Hash: 2FFC54C8C08F786009539D71232FF518E6B929CD<br>File Hash: E2036073A71E13EDD9FE9019909C7E242C68781B9EA447CAFECD4D9FBD55508C | 10-01-2022 03:39:58 | Blacked | 11-01-2018 | 11-25-2018 | PA0002136644 |
| 23 | Info Hash: 12E82E22123F4B517494486EA67E9933AF1E9A95<br>File Hash: 9E3D5E338000A79DA71BB31B5ADA7866B2AFF776E40CC5BEC76205896F517B84 | 09-30-2022 22:34:46 | Blacked | 08-27-2022 | 10-05-2022 | PA0002373768 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: CE2796273FE724E80FECD23B8481E389C96DECF2<br>File Hash: 5AD272BC850A4EA9844A326496216D457855A523E327FCE318848B38D9DDA755 | 09-30-2022 07:43:22 | Blacked Raw | 09-21-2022 | 10-05-2022 | PA0002373950 |
| 25 | Info Hash: A64381041A252AD91A64156C8F12B51A4933A693<br>File Hash: 2DDDE9A5514A9E98DCCFC4EA6F1978A7B303D71F9AA9B450FD96423B72AA1AEE | 09-30-2022 00:57:03 | Blacked | 08-20-2022 | 08-29-2022 | PA0002367733 |
| 26 | Info Hash: 02B4F8C61194285E5B9B3AE3EF214BE78C41F271<br>File Hash: CED49D312F703F0E082E164ACB1A596D9ABE26A2F8876E5BD06818F49F119126 | 09-29-2022 20:29:14 | Blacked | 09-17-2022 | 10-05-2022 | PA0002373760 |
| 27 | Info Hash: 719C65D6191B5FF637ABE3164005C36EA313EA4D<br>File Hash: 716A4CE5DBD8217ABBF5B045B4B9E6A7F5CF8AB3AFEA29D21184478EEB384C25 | 09-29-2022 20:06:23 | Blacked Raw | 09-26-2022 | 10-31-2022 | PA0002377828 |
| 28 | Info Hash: BEF0D2E7B96DDC060FA0F61AB59A5985525115B5<br>File Hash: B67B097F801EEA65584A38F8DCE91095187EC713948B4F65B62B25346C690CAF | 09-29-2022 19:22:29 | Vixen | 07-31-2020 | 08-11-2020 | PA0002252260 |
| 29 | Info Hash: 905E4F7C416218B8230D0E3F77FEE0E5409D7995<br>File Hash: 54E302936EF99A29636EBC9A82783F3C3976B37E467AD2E3F39B60877283F542 | 09-29-2022 18:30:03 | Blacked Raw | 09-16-2022 | 10-05-2022 | PA0002373764 |
| 30 | Info Hash: B72D3C77D269B4C27197B79F5D0E68B4E1A7E096<br>File Hash: 68DBA67F87A3288D3A5A6A51EC1D0960433A5BCC83951225689821A459169942 | 09-29-2022 18:06:46 | Blacked | 11-21-2018 | 01-22-2019 | PA0002149833 |
| 31 | Info Hash: DBAA02153CB1ACE3D2D3133FD8A00C6766453DA5<br>File Hash: 8F50BCF41DEEA9CB475E77E05BFE90341DA3F03214D1506CC7B08009A850E053 | 09-29-2022 18:06:24 | Blacked Raw | 01-02-2018 | 01-26-2018 | PA0002101761 |
| 32 | Info Hash: 966AF5D11568D7D5896168F66E882245BA8A5F07<br>File Hash: 13ABD2A124FF486B57001E7FB865A719FBB18B92F74EF38F6CD5ECA9744EBBE2 | 09-29-2022 18:05:27 | Blacked Raw | 01-12-2020 | 02-04-2020 | PA0002225587 |
| 33 | Info Hash: 6A0E4F47E6B770D53A96234596721B9EB309ABC5<br>File Hash: 7C515B5F023A5BB71D35A3A323BAC5736B51C521139A3189D8D070EAF8E0997A | 09-29-2022 18:05:15 | Blacked | 07-25-2020 | 08-11-2020 | PA0002252256 |
| 34 | Info Hash: 6C097F8E2DD268506A3D928774099F16FCF1D7F0<br>File Hash: A599AD9EEF71FABC77029F80B0572DB18357A57D435FB6F5D32DC2362CACFFDC | 09-29-2022 18:05:06 | Blacked | 04-02-2022 | 04-23-2022 | PA0002346422 |
| 35 | Info Hash: 6C38232F41EA64DAA5575DD592D16021BEEE98A2<br>File Hash: 52B6F5E4395B792AF8568C229C3F22FD6EAE978F7A3F0C55B21C0ED0216A95D3 | 09-29-2022 17:38:14 | Blacked | 05-24-2018 | 07-14-2018 | PA0002128376 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 486C17ADFB8696EE12AA59B6213B64B4239E1FC2<br>File Hash: 9494958EE7DF6195DAC64545B57D3F1505F144BC4971D601DE12BAC3522C2CBE | 09-29-2022 16:31:31 | Blacked | 09-10-2022 | 10-05-2022 | PA0002373949 |